UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.:  10-61334-Civ-Jordan/McAliley

SANDRA W. FILLICHIO,

    Plaintiff,

v.

FMA ALLIANCE, LTD.,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with prejudice.

    Respectfully submitted,

    DONALD A. YARBROUGH, ESQ.
    Attorney for Plaintiff
    Post Office Box 11842
    Fort Lauderdale, Florida 33339
    Telephone: (954) 537-2000
    Facsimile: (954) 566-2235
    donyarbrough@mindspring.com

    s/Donald A. Yarbrough
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.:  10-61334-Civ-Jordan/McAliley

SANDRA W. FILLICHIO,

    Plaintiff,

v.

FMA ALLIANCE, LTD.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 24, 2010 I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                s/Donald A. Yarbrough
                                                Donald A. Yarbrough, Esq.

## SERVICE LIST

Ms. Loraine Lyons, Esq
FMA Alliance
11811 North Freeway
Suite 900
Houston, TX 77060
Telephone: 800-955-5598 ext-4002
Facsimile: 281-670-1532

Via Electronic Mail